1  GREGORY G. ISKANDER, Bar No. 200215
   giskander@littler.com
2  Nicole L. Phillips, Bar No. 306686
   nphillips@littler.com
3  LITTLER MENDELSON, P.C.
   1255 Treat Boulevard, Suite 600
4  Walnut Creek, CA  94597
   Telephone:   925.932.2468
5
   Attorneys for Defendant
6  MYRIAD GENETICS, INC.

7

8  TIMOTHY ELDER, Bar No. 277152
   telder@trelegal.com
   ANNA R. LEVINE, Bar No. 227881
9  alevine@trelegal.com
   TRE LEGAL PRACTICE
10 1155 Market Street, 10th FLOOR
   San Francisco, CA 94103
11 Telephone: (415) 873-9199
   Facsimile: (415) 952-9898
12
   Attorneys for Plaintiff
13 RONIT MAZZONI

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17  RONIT MAZZONI,                          Case No.  5:19-cv-3884-NC

18              Plaintiff,                  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION HEARING**

19       v.

20  MYRIAD GENETICS, INC.,

21              Defendant.

22

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE MEDIATION                                CASE NO.  5:19-CV-3884-NC
HEARING

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This joint stipulation is hereby made and entered into by plaintiff Ronit Mazzoni ("Plaintiff") and Defendant Myriad Genetics, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, with reference to the following facts:

WHEREAS, on July 5, 2019, Plaintiff filed the instant Complaint;

WHEREAS, on September 26, 2019, the Court ordered the Parties to mediation within 50 days from September 26, 2019;

WHEREAS, on September 27, 2019, the Court appointed Kari Levine to serve as the Parties' mediator and the Parties, following a scheduling conference with the mediator, requested that the matter be set for December 17, 2019 for mediation;

WHEREAS, on October 3, 2019, Plaintiff served a Request for Inspection and Testing of Defendant's Customer Relationship Management ("CRM") software system in advance of mediation;

WHEREAS, the Parties have been diligently working toward providing Plaintiff's counsel with access to the CRM software and have set the inspection for January 7-9, 2019;

WHEREAS, the Parties agree that Plaintiff's inspection of the CRM software will aid the Parties settlement discussions;

WHEREAS, the Parties have confirmed that the mediator, Ms. Levine is available for mediation on February 21, 2020;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective attorneys of record, as follows:

1. The Parties' jointly request the Court to continue the Mediation Hearing deadline, presently scheduled for December 17, 2019, to **February 21, 2020**.

///

///

///

///

///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION HEARING

2.

CASE NO. 5:19-CV-3884-NC

Dated:	December 16, 2019

/s/ Nicole L. Phillips
GREGORY G. ISKANDER
NICOLE L. PHILLIPS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MYRIAD GENETICS, INC.

Dated:	December 16, 2019

/s/ Anna Levine
TIMOTHY ELDER
ANNA R. LEVINE
TRE LEGAL PRACTICE
Attorneys for Plaintiff
RONIT MAZZONI

**ORDER**

IT IS HEREBY ORDERED:

That the Court ordered mediation hearing date be extended to February 21, 2020.

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION HEARING    3.    CASE NO. 5:19-CV-3884-NC